UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE EQUITY-LEAGUE PENSION, HEALTH, AND 401(K) TRUST FUNDS,<br><br>                    Plaintiffs,<br><br>-against-<br><br>PARADISE SQUARE PRODUCTION SERVICES INC., and BERNARD ABRAMS.<br><br>                    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>Case No. 1:22-cv-04076-MKV |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Trustees of the Equity-League Pension, Health, and 401(k) Trust Funds hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice only with respect to work performed through May 15, 2022, against Defendants Paradise Square Production Services Inc. and Bernard Abrams.

Dated:  June 6, 2022
          New York, New York                   By:         */s/ Nicholas J. Johnson*
                                                                       Nicholas J. Johnson
                                                                       SPIVAK LIPTON LLP
                                                                       1040 Avenue of the Americas, 20th Floor
                                                                       New York, NY 10018
                                                                       (212) 765-2100
                                                                       njohnson@spivaklipton.com

                                                                       *Attorneys for Plaintiffs*